AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. MCAVOY, CLERK

STEVEN VANN SHOEMAKER,

*Plaintiff*

v.

DOE, et al.,

*Defendant*

Civil Action No. 4:26-CV-05188-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED as moot.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 11/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*